# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | |
|---|---|
| ANTONIO SIERRA, PH.D., | : No. 153 WAL 2020 |
| Petitioner | : |
| | : Petition for Allowance of Appeal |
| | : from the Order of the Superior Court |
| v. | : |
| | : |
| JACK DANERI, MICHAEL CLARK, TAMMY WHITE, SAMUEL KLINE, JOSH SHAPIRO, COMMONWEALTH OF PENNSYLVANIA, | : |
| Respondents | : |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 6th day of October, 2020, the Petition for Allowance of Appeal is **DENIED**.